## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **RAY C. ORTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 09-2547-KHV** |
| | ) | |
| **UNITED PARCEL SERVICE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### ORDER

On October 22, 2009, plaintiff filed a civil complaint.  As of March 9, 2010, the files and records of the Court did not disclose that service of the summons and complaint had been accomplished under Fed. R. Civ. P. 4(m).[1]  The Court therefore ordered plaintiff to show good cause in writing on or before March 22, 2010, why service of the summons and complaint had not been made within 120 days from the filing of the complaint, and further show good cause in writing why this action should not be dismissed without prejudice.  See Notice And Order To Show Cause (Doc. #3).  Plaintiff has not responded to the show cause order.  The Court therefore finds that this action should be dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated this 27th day of May, 2010 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

---

[1]        That rule provides as follows:  "If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."